COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



| | |
|---|---|
| Cause number: | 01-15-00829-CV |
| Style: | Tamuno Ifiesimama and Tamunnoibuomi Ifiesimama v. Daniel A. Haile; Wonglewit K. Alemu |
| Date motion filed*: | June 29, 2016 |
| Type of motion: | Appellees' Unopposed First Motion for Extension of Time to File Appellees' Brief |
| Party filing motion: | Appellees Daniel A. Haile, et al. |
| Document to be filed: | Appellees' Brief |
| | |
| Is appeal accelerated? | No. |

If motion to extend time:

| | |
|---|---|
| Original due date: | June 1, 2016 |
| Number of extensions granted: | 0      Current Due Date: June 1, 2016 |
| Date Requested: | July 29, 2016 (30 days from date of motion and 58 days from original deadline) |

Ordered that motion is:

☑ Granted

    If document is to be filed, document due: July 29, 2016.

    ☑ No further extensions of time will be granted absent extraordinary circumstances.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

Because two extensions were granted to appellant, appellees' unopposed first extension request is **granted**, but counsel is warned that **no further extensions will be granted absent extraordinary circumstances** given the total length of time requested. *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.8(d). Accordingly, if appellees' brief is not filed by **July 29, 2016**, the Court may set this case for submission on appellant's brief only. *See* TEX. R. APP. P. 38.9(a).

Judge's signature: /s/ Evelyn Keyes

           X Acting individually                     ☐ Acting for the Court

Date: July 14, 2016